IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PLASTICS ADDITIVES ANTITRUST LITIGATION | Master Docket No. 2:03-cv-2038-LDD |
| | MDL No. 1684 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance on behalf of defendant Rohm and Haas Company in the above captioned matter.

                              Respectfully submitted,

                              s/Robert L. Murken
                              Robert L. Murken (Pa. I.D. No. 200350)
                              HARKINS CUNNINGHAM LLP
                              2800 One Commerce Square
                              2005 Market Street
                              Philadelphia, PA  19103
                              Tel. (215) 851-6700
                              Fax (215) 851-6710
                              *rmurken@harkinscunningham.com*

Dated:  July 17, 2009

## CERTIFICATE OF SERVICE

I, Robert L. Murken, hereby certify that a copy of the foregoing Entry of Appearance was filed with the United States District Court for the Eastern District of Pennsylvania this 17th day of July, 2009 using the Court's CM/ECF system. Notice of this filing will be transmitted to those listed below by operation of the Court's electronic filing system:

**JOSEPH M. BARTON**
jbarton@gbcslaw.com

**ANDREW BEHRMAN**
andrew.behrman@lovells.com

**STEVEN E. BIZAR**
bizarse@bipc.com

**ANTHONY J. BOLOGNESE**
abolognese@bolognese-law.com

**FREDERICK A. BRODIE**
fab@pillsburylaw.com

**NATHANAEL M. COUSINS**
nat.cousins@usdoj.gov
marc.siegel@usdoj.gov

**ANDRE L. DENNIS**
adennis@stradley.com

**CHARLES ANDREW DIRKSEN**
cdirksen@gbcslaw.com

**NATHAN P. EIMER**
neimer@eimerstahl.com

**CARL N. FRANKOVITCH**
carln@facslaw.com

**NANCY J. GELLMAN**
ngellman@cogr.com

**JEFFREY B. GITTLEMAN**
jgittleman@barrack.com

**MARK S. GOLDMAN**
goldman@gsk-law.com

**JOSHUA H. GRABAR**
jgrabar@bolognese-law.com

**GREGORY P. HANSEL**
ghansel@preti.com

**JASON S. HARTLEY**
jason.hartley@troutmansanders.com

**MICHAEL D. HAUSFELD**
mhausfeld@hausfeldllp.com

**RYAN S. HEDGES**
rhedges@eimerstahl.com

**CRAIG W. HILLWIG**
chillwig@kohnswift.com

**WILLIAM E. HOESE**
whoese@kohnswift.com

**MARK V. JACKOWSKI**
mjackowski@mcdonaldhopkins.com

**LANDON Y. JONES**
landon.jones@bipc.com

**ROBERT N. KAPLAN**
rkaplan@kaplanfox.com

**COLIN R. KASS**
ckass@kirkland.com

**RICHARD J. KILSHEIMER**
rkilsheimer@kaplanfox.com

**JOSEPH C. KOHN**
jkohn@kohnswift.com

**ROBERTA D. LIEBENBERG**
rliebenberg@finekaplan.com

**KEVIN B. LOVE**
klove@hanzmancriden.com

**WAYNE A. MACK**
wamack@duanemorris.com

**THOMAS P. MANNING**
manningtp@bipc.com

**THOMAS J. MCGARRIGLE**
tmcgarrigle@reedsmith.com

**DIANNE M. NAST**
dnast@rodanast.com

**KRISHNA B. NARINE**
knarine@kbnlaw.com

**LAURIE A. NOVION**
lnovion@shb.com

**WALTER W. NOSS**
wnoss@scott-scott.com

**LINDA P. NUSSBAUM**
lnussbaum@kaplanfox.com

**STEIG D. OLSON**
solson@cmht.com

**J. MANLY PARKS**
jmparks@duanemorris.com

**VALERIE BRAND PIPANO**
vpipano@reedsmith.com

**WILLIAM H. ROBERTS**
roberts@blankrome.com

**JAMES J. RODGERS**
jrodgers@dilworthlaw.com

**BRIAN E. ROOF**
broof@frantzward.com

**MARK R. ROSEN**
mrosen@barrack.com

**PAUL J. SCARLATO**
scarlato@gsk-law.com

**JILL ROGERS SPIKER**
jill.spiker@bipc.com

**HOWARD D. SCHER**
scherhd@bipc.com
howard.scher@bipc.com

**STEVEN O. SIDENER**
ssidener@gbcslaw.com

**SCOTT C. SOLBERG**
ssolberg@eimerstahl.com

**EUGENE A. SPECTOR**
espector@srkw-law.com

**FRANCIS X. TANEY, JR.**
taneyfx@bipc.com

**PATRICK A. TILLOU**
ptillou@cohenmilstein.com

**A. PAUL VICTOR**
pvictor@deweyballantine.com

**CATHERINE N. WALTO**
cwalto@rawle.com

**RANDALL B. WEILL**
rweill@preti.com

**JASON A. ZWEIG**
jzweig@kaplanfox.com

I further certify that I have caused the foregoing Entry of Appearance to be mailed by United States mail, first class postage prepaid, to the following non-participants in CM/ECF:

**PATRICK M. BRYAN**
**TEFFT W. SMITH**
**REBECCA A. KOCH**
KIRKLAND & ELLIS LLP
655 Fifteenth St. NW
Washington, DC 20005

**THOMAS J. LANG**
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004

**JEREMY J. CALSYN**
**MARK LEDDY**
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
2000 Pennsylvania Ave N.W.
Washington, DC 20006-1801

**STANLEY M. CHESLEY**
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
Fourth & Vine Streets
Central Trust Tower, Suite 1513
Cincinnati, OH 45202

**HILARY E. COHEN**
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3304

**ROBERT G. COHEN**
KEGLER BROWN HILL & RITTER
1800 Capitol Square
65 E. State Street
Columbus, OH 43215

**MICHAEL CRIDEN**
HANZMAN CRIDEN & LOVE P.A.
7301 S.W. 57th Court
Plaza 57, Suite 515
South Miami, FL 33143

**JENNIFER I. CUPAR**
SCOTT & SCOTT
33 River Street
Chagrin Falls, OH 44022

**SUSAN LESLIE DOLIN**
SUSAN L. DOLIN PA
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024

**JAMES R. EISZNER**
**JOSEPH M. REBEIN**
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**ROBERT M. GIPPIN**
GOLDMAN & ROSEN
11 S. Forge Street
Akron, OH 44304

**THEODORE M. HESS-MAHAN**
HUTCHINGS, BARSAMIAN, CROSS
AND MANDELCORN, LLP
110 Cedar St.
Wellesley Hills, MA 02481

**MERRILL HIRSH**
ROSS DIXON & BELL LLP
2001 K Street NW, Suite 400
Washington, DC 20006

**GEOFFREY M. JOHNSON**
SCOTT & SCOTT
33 River Street
Chagrin Falls, OH 44022

**THOMAS BRENT JORDAN**
GOLDMAN SCARLATO & KARON, PC
101 West Elm Street, Suite 360
Conshohocken, PA 19428

**STANLEY E. KARON**
KARON TRIAL LAW, PA
6600 Lyndale Avenue South, Suite 1004
Richfield, MN 55423

**TORSTEN M. KRACHT**
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

**SCOTT MARTIN**
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153-0119

**DAVID R. SCOTT**
SCOTT & SCOTT LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

**OWEN F. SILVIOUS**
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509

**DONNA F. SOLEN**
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Suite 500
Washington, DC 20036

 s/ Robert L. Murken
Robert L. Murken (Pa. I.D. No. 200350)
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7024
Tel. (215) 851-6700
Fax (215) 851-6710
*rmurken@harkinscunningham.com*

Attorney for Defendant
Rohm and Haas Company