**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE PLASTICS ADDITIVES
ANTITRUST LITIGATION

Master Docket No. 2:03-cv-2038-LDD

MDL Docket No. 1684

THIS DOCUMENT RELATES TO:
*Gitto/Global Corp., et al. v. Rohm & Haas
Company, et al.* (Direct Purchaser Action)

**[DRAFT] <u>ORDER</u>**

AND NOW, this _____ day of _____ 2009, upon consideration of

the Joint Motion of Parties to Extend Class Certifications Deadline, it is hereby ORDERED that

the Motion is GRANTED and that such deadlines are now as follows:

- **October 9, 2009:** Direct Purchaser Plaintiffs' revised motion for class certification due;

- **November 9, 2009:** Defendants' opposition to class certification due;

- **November 17, 2009:** Reply by Direct Purchaser Plaintiffs due;

- **November 24, 2009:** Sur-reply by Defendants due.

- **_____:** Evidentiary hearing;

- **_____:** Parties' proposed findings of fact and conclusions of law regarding class certification due.

BY THE COURT:

_____
Legrome D. Davis, J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE PLASTICS ADDITIVES ANTITRUST LITIGATION | Master Docket No. 2:03-cv-2038-LDD |
| | MDL Docket No. 1684 |
| THIS DOCUMENT RELATES TO: *Gitto/Global Corp., et al. v. Rohm & Haas Company, et al.* (Direct Purchaser Action) | |

## JOINT MOTION OF PARTIES
## TO EXTEND CLASS CERTIFICATION DEADLINES

1.      On August 21, 2009, this Court entered an Amended Case Management Order directing, *inter alia*, that class certification shall proceed according to a schedule that would lead to an evidentiary hearing on November 16, 2009, and proposed findings of fact and conclusions of law on December 18, 2009.

2.      The parties, both the Defendants and the Direct Purchaser Plaintiffs, have evaluated the time necessary to fully prepare their respective cases on class certification; and in the case of Defendants, the availability of a key witness to appear at the evidentiary hearing.

3.      The parties, having discussed the matter, agree that a modest extension is necessary.

4.      In light of the foregoing, the parties jointly seek an extension of the class certification deadlines set forth in this Court's Amended Case Management Order entered on August 21, 2009, with new dates set as below, except, of course, they leave open the date of the

evidentiary hearing since that is a date the Court must determine.  The proposed findings of fact

and conclusions of law would be due approximately thirty days thereafter.

- **October 9, 2009:**  Direct Purchaser Plaintiffs' revised motion for class certification due;

- **November 9, 2009:**  Defendants' opposition to class certification due;

- **November 17, 2009:**  Reply by Direct Purchaser Plaintiffs due;

- **November 24, 2009:**  Sur-reply by Defendants due.

- **_____:**  Evidentiary hearing;

- **_____:**  Parties' proposed findings of fact and conclusions of law regarding class certification due.

5.      No other extensions have been either sought or received with respect to the

Court's August 21, 2009 Amended Case Management Order.

WHEREFORE, the parties respectfully request that this Court grant this joint

motion to extend the class certification deadlines.

Respectfully submitted,

_(signature)_

John G. Harkins, Jr.
Colleen Healy Simpson
Robert L. Murken
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 851-6700
(215) 851-6710 (fax)

_Attorneys for Defendant Rohm and Haas Company_

Howard D. Scher
Steven E. Bizar
Francis X. Taney, Jr.
BUCHANAN INGERSOLL PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
(215) 665-8700
(215) 665-8760 (fax)

_Attorneys for Defendant Arkema, Inc. (f/k/a Atofina Chemicals, Inc.)_

Tefft W. Smith
Colin R. Kass
Amanda C. Basta
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 - 15th Street, N.W. 12th Fl.
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

_Attorneys for Defendant Dow Chemical Company_

Nathan P. Eimer
Scott C. Solberg
Ryan S. Hedges
EIMER STAHL KLEVHORN & SOLBERG
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

_Attorneys for Defendant Union Carbide Corporation_

Joseph C. Kohn
William E. Hoese
KOHN SWIFT & GRAF, PC
One South Broad St., Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

_Attorneys for Direct Purchaser Plaintiffs_

*Howard D. Scher*

John G. Harkins, Jr.
Colleen Healy Simpson
Robert L. Murken
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 851-6700
(215) 851-6710 (fax)

*Attorneys for Defendant Rohm and Haas Company*

Howard D. Scher
Steven E. Bizar
Francis X. Taney, Jr.
BUCHANAN INGERSOLL PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
(215) 665-8700
(215) 665-8760 (fax)

*Attorneys for Defendant Arkema, Inc. (f/k/a Atofina Chemicals, Inc.)*

Tefft W. Smith
Colin R. Kass
Amanda C. Basta
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 - 15th Street, N.W. 12th Fl.
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Attorneys for Defendant Dow Chemical Company*

Nathan P. Eimer
Scott C. Solberg
Ryan S. Hedges
EIMER STAHL KLEVHORN & SOLBERG
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

*Attorneys for Defendant Union Carbide Corporation*

Joseph C. Kohn
William E. Hoese
KOHN SWIFT & GRAF, PC
One South Broad St., Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

*Attorneys for Direct Purchaser Plaintiffs*

John G. Harkins, Jr.
Colleen Healy Simpson
Robert L. Murken
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 851-6700
(215) 851-6710 (fax)

*Attorneys for Defendant Rohm and Haas
Company*

Howard D. Scher
Steven E. Bizar
Francis X. Taney, Jr.
BUCHANAN INGERSOLL PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
(215) 665-8700
(215) 665-8760 (fax)

*Attorneys for Defendant Arkema, Inc. (f/k/a
Atofina Chemicals, Inc.)*

Tefft W. Smith
Colin R. Kass
Amanda C. Basta
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 - 15th Street, N.W. 12th Fl.
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Attorneys for Defendant Dow Chemical
Company*

Nathan P. Eimer
Scott C. Solberg
Ryan S. Hedges
EIMER STAHL KLEVHORN & SOLBERG
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

*Attorneys for Defendant Union Carbide
Corporation*

Joseph C. Kohn
William E. Hoese
KOHN SWIFT & GRAF, PC
One South Broad St., Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

*Attorneys for Direct Purchaser Plaintiffs*

John G. Harkins, Jr.
Colleen Healy Simpson
Robert L. Murken
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 851-6700
(215) 851-6710 (fax)

*Attorneys for Defendant Rohm and Haas
Company*

Howard D. Scher
Steven E. Bizar
Francis X. Taney, Jr.
BUCHANAN INGERSOLL PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
(215) 665-8700
(215) 665-8760 (fax)

*Attorneys for Defendant Arkema, Inc. (f/k/a
Atofina Chemicals, Inc.)*

Tefft W. Smith
Colin R. Kass
Amanda C. Basta
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 - 15th Street, N.W. 12th Fl.
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Attorneys for Defendant Dow Chemical
Company*

Nathan P. Eimer
Scott C. Solberg
Ryan S. Hedges
EIMER STAHL KLEVHORN & SOLBERG
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

*Attorneys for Defendant Union Carbide
Corporation*

*William E. Hoese*

Joseph C. Kohn
William E. Hoese
KOHN SWIFT & GRAF, PC
One South Broad St., Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

*Attorneys for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I, John G. Harkins, Jr., hereby certify that a copy of the foregoing Joint Motion of Parties to Extend Class Certification Deadlines was filed with the United States District Court for the Eastern District of Pennsylvania this 14th day of September, 2009 using the Court's CM/ECF system. Notice of this filing will be transmitted to those listed below by operation of the Court's electronic filing system:

**JOSEPH M. BARTON**
jbarton@gbcslaw.com

**ANDREW BEHRMAN**
andrew.behrman@lovells.com

**STEVEN E. BIZAR**
bizarse@bipc.com

**ANTHONY J. BOLOGNESE**
abolognese@bolognese-law.com

**FREDERICK A. BRODIE**
fab@pillsburylaw.com

**NATHANAEL M. COUSINS**
nat.cousins@usdoj.gov
marc.siegel@usdoj.gov

**ANDRE L. DENNIS**
adennis@stradley.com

**CHARLES ANDREW DIRKSEN**
cdirksen@gbcslaw.com

**NATHAN P. EIMER**
neimer@eimerstahl.com

**CARL N. FRANKOVITCH**
carln@facslaw.com

**NANCY J. GELLMAN**
ngellman@cogr.com

**JEFFREY B. GITTLEMAN**
jgittleman@barrack.com

**MARK S. GOLDMAN**
goldman@gsk-law.com

**JOSHUA H. GRABAR**
jgrabar@bolognese-law.com

**GREGORY P. HANSEL**
ghansel@preti.com

**JASON S. HARTLEY**
jason.hartley@troutmansanders.com

**MICHAEL D. HAUSFELD**
mhausfeld@hausfeldllp.com

**RYAN S. HEDGES**
rhedges@eimerstahl.com

**CRAIG W. HILLWIG**
chillwig@kohnswift.com

**WILLIAM E. HOESE**
whoese@kohnswift.com

**MARK V. JACKOWSKI**
mjackowski@mcdonaldhopkins.com

**LANDON Y. JONES**
landon.jones@bipc.com

**ROBERT N. KAPLAN**
rkaplan@kaplanfox.com

**COLIN R. KASS**
ckass@kirkland.com

**RICHARD J. KILSHEIMER**
rkilsheimer@kaplanfox.com

**JOSEPH C. KOHN**
jkohn@kohnswift.com

**ROBERTA D. LIEBENBERG**
rliebenberg@finekaplan.com

**KEVIN B. LOVE**
klove@hanzmancriden.com

**WAYNE A. MACK**
wamack@duanemorris.com

**THOMAS P. MANNING**
manningtp@bipc.com

**THOMAS J. MCGARRIGLE**
tmcgarrigle@reedsmith.com

**DIANNE M. NAST**
dnast@rodanast.com

**KRISHNA B. NARINE**
knarine@kbnlaw.com

**LAURIE A. NOVION**
lnovion@shb.com

**WALTER W. NOSS**
wnoss@scott-scott.com

**LINDA P. NUSSBAUM**
lnussbaum@kaplanfox.com

**STEIG D. OLSON**
solson@cmht.com

**J. MANLY PARKS**
jmparks@duanemorris.com

**VALERIE BRAND PIPANO**
vpipano@reedsmith.com

**WILLIAM H. ROBERTS**
roberts@blankrome.com

**JAMES J. RODGERS**
jrodgers@dilworthlaw.com

**BRIAN E. ROOF**
broof@frantzward.com

**MARK R. ROSEN**
mrosen@barrack.com

**PAUL J. SCARLATO**
scarlato@gsk-law.com

**JILL ROGERS SPIKER**
jill.spiker@bipc.com

**HOWARD D. SCHER**
scherhd@bipc.com
howard.scher@bipc.com

**STEVEN O. SIDENER**
ssidener@gbcslaw.com

**SCOTT C. SOLBERG**
ssolberg@eimerstahl.com

**EUGENE A. SPECTOR**
espector@srkw-law.com

**FRANCIS X. TANEY, JR.**
taneyfx@bipc.com

**PATRICK A. TILLOU**
ptillou@cohenmilstein.com

**A. PAUL VICTOR**
pvictor@deweyballantine.com

**CATHERINE N. WALTO**
cwalto@rawle.com

**RANDALL B. WEILL**
rweill@preti.com

**JASON A. ZWEIG**
jzweig@kaplanfox.com

I further certify that I have caused the foregoing Entry of Appearance to be mailed by

United States mail, first class postage prepaid, to the following non-participants in CM/ECF:

**PATRICK M. BRYAN**
**TEFFT W. SMITH**
**REBECCA A. KOCH**
KIRKLAND & ELLIS LLP
655 Fifteenth St. NW
Washington, DC 20005

**THOMAS J. LANG**
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004

**JEREMY J. CALSYN**
**MARK LEDDY**
CLEARY GOTTLIEB STEEN &
HAMILTON, LLP
2000 Pennsylvania Ave N.W.
Washington, DC 20006-1801

**STANLEY M. CHESLEY**
WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., L.P.A.
Fourth & Vine Streets
Central Trust Tower, Suite 1513
Cincinnati, OH 45202

**HILARY E. COHEN**
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3304

**ROBERT G. COHEN**
KEGLER BROWN HILL & RITTER
1800 Capitol Square
65 E. State Street
Columbus, OH 43215

**MICHAEL CRIDEN**
HANZMAN CRIDEN & LOVE P.A.
7301 S.W. 57th Court
Plaza 57, Suite 515
South Miami, FL 33143

**JENNIFER I. CUPAR**
SCOTT & SCOTT
33 River Street
Chagrin Falls, OH 44022

**SUSAN LESLIE DOLIN**
SUSAN L. DOLIN PA
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024

**JAMES R. EISZNER**
**JOSEPH M. REBEIN**
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**ROBERT M. GIPPIN**
GOLDMAN & ROSEN
11 S. Forge Street
Akron, OH 44304

**THEODORE M. HESS-MAHAN**
HUTCHINGS, BARSAMIAN, CROSS
AND MANDELCORN, LLP
110 Cedar St.
Wellesley Hills, MA 02481

**MERRILL HIRSH**
ROSS DIXON & BELL LLP
2001 K Street NW, Suite 400
Washington, DC 20006

**GEOFFREY M. JOHNSON**
SCOTT & SCOTT
33 River Street
Chagrin Falls, OH 44022

**THOMAS BRENT JORDAN**
GOLDMAN SCARLATO & KARON, PC
101 West Elm Street, Suite 360
Conshohocken, PA 19428

**STANLEY E. KARON**
KARON TRIAL LAW, PA
6600 Lyndale Avenue South, Suite 1004
Richfield, MN 55423

**TORSTEN M. KRACHT**
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

**SCOTT MARTIN**
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153-0119

**DAVID R. SCOTT**
SCOTT & SCOTT LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

**OWEN F. SILVIOUS**
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509

**DONNA F. SOLEN**
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Suite 500
Washington, DC 20036

  s/ John G. Harkins, Jr.
John G. Harkins, Jr.
Colleen H. Simpson
Robert L. Murken
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7024
Tel. (215) 851-6700
Fax (215) 851-6710

Attorneys for Defendant
Rohm and Haas Company