IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE PLASTICS ADDITIVES ANTITRUST LITIGATION | : : : : | Master Docket No. 03-CV-2038-LDD and MDL Docket No. 1684 |
| THIS DOCUMENT RELATES TO: Gitto Global Corp. v. Rohm & Haas Co., et al., No. 03-cv-2038 (Direct Purchaser Class Action) | : : : : : : |  |

## PLAINTIFFS' REVISED MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, Plaintiffs Crane Group Co., Crane Plastics Manufacturing Ltd., Crane Plastics Siding LLC, Ex-Tech Plastics, Inc., Heritage Plastics, Inc., and Isaac Industries. Inc. ("Plaintiffs") respectfully move this Court for an Order allowing this action to proceed as a class action on behalf of two subclasses, defined as:

> Subclass I [Organotin Heat Stabilizers]: All persons (excluding governmental entities, defendants, other producers of Plastics Additives, and the present and former parents, subsidiaries and affiliates of the foregoing) who purchased organotin heat stabilizers in the United States directly from any of the defendants formerly, currently or subsequently named in the action or from any predecessors, parents, subsidiaries or affiliates thereof at any time during the period from January 1, 1990 to and including January 31, 2003.

> Subclass II [Epoxidized Soybean Oil]: All persons (excluding governmental entities, defendants, other producers of Plastics Additives, and the present and former parents, subsidiaries and affiliates of the foregoing) who purchased epoxidized soybean oil in the United States directly from any of the defendants formerly, currently or subsequently named in the action or from any predecessors, parents, subsidiaries or affiliates thereof at any time during the period from January 1, 1990 to and including January 31, 2003

This motion is supported by the Memorandum in Support of Plaintiffs' Motion for Class Certification, dated August 4, 2005, submitted with Exhibits A through F, including an Affidavit of John C. Beyer, Ph. D. Regarding Class Certification, sworn to August 4, 2005; the Reply Memorandum in Support of Plaintiffs' Motion for Class Certification, dated March 3, 2006, submitted with a Reply Affidavit of John C. Beyer, Ph.D. Regarding Class Certification, sworn to March 3, 2006, and Exhibits 2 through 140; and the accompanying Memorandum in Support of Plaintiffs' Revised Motion for Class Certification, dated September 16, 2009, with exhibits, as well as the other pleadings in this action.

Each proposed subclass is numerous; common questions of fact and law predominate; the named Plaintiffs' claims are typical of each subclass's claims; Crane Group Co., Crane Plastics Manufacturing Ltd., Crane Plastics Siding LLC, Ex-Tech Plastics, Inc., and Heritage Plastics, Inc. are adequate subclass representatives for Subclass I; Crane Group Co., Ex-Tech Plastics, Inc. and Isaac Industries. Inc. are adequate subclass representatives for Subclass II; and a class action is the superior method of adjudicating this action.

WHEREFORE, Plaintiffs respectfully request that this Court certify this action as a class action under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the above-defined subclasses, designate Plaintiffs as subclass representatives, appoint Co-Lead

Counsel as Class Counsel for each subclass, and grant any further relief as the Court deems just and proper.

Dated: September 16, 2009           Respectfully submitted,

*/s/ William E. Hoese*
Joseph C. Kohn
William E. Hoese
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700

Robert N. Kaplan
Gregory K. Arenson
Jason A. Zweig
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

J. Douglas Richards
Kathleen M. Konopka
COHEN MILSTEIN SELLERS
& TOLL, P.L.L.C.
150 East 52nd Street
New York, NY 10022
(212) 838-7797

Solomon Cera
C. Andrew Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
(415) 777-2230

*Plaintiffs' Co-Lead Counsel*

# CERTIFICATE OF SERVICE

I , Craig W. Hillwig hereby certify on this 16th day of September, 2009 Plaintiffs' Revised Motion for Class Certification was filed electronically and is available for viewing and downloading from the Court's ECF System, which provides electronic notice to the following:

STEVEN E. BIZAR
bizarse@bipc.com

ANTHONY J. BOLOGNESE
abolognese@bolognese-law.com

NATHANAEL M. COUSINS
nat.cousins@usdoj.gov
marc.siegel@usdoj.gov

CHARLES ANDREW DIRKSEN
cdirksen@gbcslaw.com
efilingnotices@gbcslaw.com
cdl@gbcslaw.com

NATHAN P. EIMER
neimer@eimerstahl.com
fharvey@eimerstahl.com
abrown@eimerstahl.com

CARL N. FRANKOVITCH
carln@facslaw.com

JOHN G. HARKINS , JR
jharkins@harkinscunningham.com
mstrohmeyer@harkinscunningham.com

RYAN S. HEDGES
rhedges@eimerstahl.com
erogers@eimerstahl.com
fharvey@eimerstahl.com
adreyer@eimerstahl.com

CRAIG W. HILLWIG
chillwig@kohnswift.com
info@kohnswift.com
cspagna@kohnswift.com

WAYNE A. MACK
wamack@duanemorris.com

THOMAS P. MANNING
manningtp@bipc.com

THOMAS J. MCGARRIGLE
tmcgarrigle@reedsmith.com

ROBERT L. MURKEN
rmurken@harkinscunningham.com
apreviti@harkinscunningham.com
rmurken@gmail.com

DIANNE M. NAST
dnast@rodanast.com

STEIG D. OLSON
solson@cmht.com

J. MANLY PARKS
jmparks@duanemorris.com

WILLIAM H. ROBERTS
roberts@blankrome.com

JAMES J. RODGERS
jrodgers@dilworthlaw.com

JILL ROGERS SPIKER
jill.spiker@bipc.com

HOWARD D. SCHER
scherhd@bipc.com

STEVEN O. SIDENER
ssidener@gbcslaw.com
cgw@gbcslaw.com

| | |
|---|---|
| WILLIAM E. HOESE<br>whoese@kohnswift.com<br>jburt@kohnswift.com | COLLEEN HEALY SIMPSON<br>csimpson@harkinscunningham.com<br>mstrohmeyer@harkinscunningham.com |
| LANDON Y. JONES<br>landon.jones@bipc.com | SCOTT C. SOLBERG<br>ssolberg@eimerstahl.com<br>fharvey@eimerstahl.com<br>abrown@eimerstahl.com |
| ROBERT N. KAPLAN<br>rkaplan@kaplanfox.com | |
| COLIN R. KASS<br>ckass@kirkland.com | PATRICK A. TILLOU<br>ptollou@cohenmilstein.com |
| RICHARD J. KILSHEIMER<br>rkilsheimer@kaplanfox.com | A. PAUL VICTOR<br>pvictor@deweyballantine.com |
| JOSEPH C. KOHN<br>jkohn@kohnswift.com | JASON A. ZWEIG<br>jzweig@kaplanfox.com |

I further certify that on this 16th day of September, 2009 Plaintiffs' Revised Motion for Class Certification and Memorandum in Support of Plaintiffs' Revised Motion for Class Certification (which was filed under seal) was served on the following persons by U.S. First Class Mail, addressed as follows:

**ATTORNEYS FOR DEFENDANT ROHM & HAAS COMPANY**

>John Harkins, Esquire
>Colleen Healy Simpson, Esquire
>Robert L. Murken, Esquire
>Harkins & Cunningham, LLP
>2800 One Commerce Square
>2005 Market Street
>Philadelphia, PA 19103

>Dennis O. Wilson
>Rohm & Haas
>100 Independence Mall West
>Philadelphia, PA 19106

**ATTORNEYS FOR DEFENDANT ARKEMA, INC.**

    Howard D. Scher, Esquire
    Steven Bizar, Esquire
    Francis X. Taney, Jr., Esquire
    Buchanan Ingersoll PC
    Eleven Penn Center, 14th Floor
    1835 Market Street
    Philadelphia, PA 19103-2985


**ATTORNEYS FOR DEFENDANT UNION CARBIDE CORPORATION**

    James J. Rodgers, Esquire
    Dilworth Paxon LLP
    3200 Mellon Bank Center
    1735 Market Street
    Philadelphia, PA 19103-7595

    Ryan S. Hedges, Esquire
    Nathan P. Eimer, Esquire
    Scott C. Solberg, Esquire
    Elmer Stahl Klevorn & Solberg LLP
    224 South Michigan Avenue, Suite 1100
    Chicago, Illinois 60604


**ATTORNEYS FOR THE DEFENDANT DOW CHEMICAL COMPANY**

    Tefft W. Smith, Esquire
    Colin Kass, Esquire
    Kirkland & Ellis, LLP
    655 15th Street, N.W.
    Washington, D.C. 20005


Dated: September 16, 2009          /s/ *Craig W. Hillwig*
                                                       Craig W. Hillwig