IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE PLASTICS ADDITIVES ANTITRUST LITIGATION | : : : : | Master Docket No. 03-CV-2038<br><br>MDL Docket No. 1684 |
| THIS DOCUMENT RELATES TO:<br>*Gitto/Global Corporation, et al.*<br>*v.*<br>*Rohm & Haas Company, et al.* | : : : : : : | |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, this 15th day of September 2009, upon consideration of the Joint Motion of Parties to Extend Class Certifications Deadline (Doc. No. 457), it is hereby ORDERED that the Motion is GRANTED as follows:

1. Direct Purchaser Plaintiffs shall file a revised motion for class certification not to exceed 25 pages on or before October 9, 2009.

2. Defendants shall file a revised opposition not to exceed 25 pages on or before November 9, 2009.

3. Any reply shall not exceed 10 pages and shall be filed on or before November 17, 2009.

4. Any sur-reply shall not exceed 10 pages and shall be filed on or before November 24, 2009.

5. An evidentiary hearing regarding Direct Purchaser Plaintiffs' revised motion for class certification will be held on December 14, 2009. The parties will have the opportunity to examine and cross-examine their expert witnesses on their class certification reports.

6. The parties shall submit proposed findings of fact and conclusions of law regarding class certification on or before January 15, 2010.

1

7. Upon the consent of the parties, all outstanding issues regarding merits discovery in this action shall be stayed pursuant to the terms set forth in our June 26, 2007 Order (Doc. No. 376) pending a decision regarding class certification.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.