IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                                        :
IN RE PLASTICS ADDITIVES                          :       Master Docket No. 03-CV-2038
ANTITRUST LITIGATION                               :
_____:       MDL Docket No. 1684
                                                                        :
THIS DOCUMENT RELATES TO:                    :
*Gitto/Global Corporation, et al.*                      :
*v.*                                                                    :
*Rohm & Haas Company, et al.*                       :
_____:

AMENDED SCHEDULING ORDER

AND NOW, this 7th day of December 2009, upon consideration of the parties'

Stipulation to Amend Schedule faxed to this Court on December 3, 2009, it is hereby ORDERED

that the Stipulation is GRANTED as follows:

1.      Direct Purchaser Plaintiffs' Motion for Leave to File a Reply Declaration of John
        C. Beyer, Ph.D. (Doc. No. 475) is GRANTED as unopposed, and Defendants'
        Opposition (Doc. No. 476) is withdrawn.

2.      Arkema Inc. shall hand-deliver to Plaintiffs' counsel the transactional data relating
        to organotin heat stabilizers and ESBO for the period May 1, 2006 through
        December 31, 2006 ("Arkema's May-December 2006 data"), as required by this
        Court's Order dated October 28, 2009 (Doc. No. 472) on or before December 31,
        2009.  Arkema's May-December 2006 data shall be in the identical format as the
        data previously produced by Arkema for the period ending April 30, 2006.  The
        parties shall not raise or otherwise refer to Arkema's May-December 2006 data in
        their expert reports and pre-hearing memoranda, or during the expert depositions
        and class certification hearing.

3.      Defendants shall take Dr. Beyer's deposition during the week of January 11, 2010,
        limited to seven hours, on the subjects of Dr. Beyer's Reply Affidavit and his
        Reply Declaration.

4.      Defendants shall serve any rebuttal reports with related backup materials on or
        before January 18, 2010, on the subjects of Dr. Beyer's Reply Affidavit and Reply

Declaration.

5.      Plaintiffs shall take the deposition(s) of the author(s) of Defendants' rebuttal report(s) during the week of February 9, 2010, limited to seven hours per author, on the subjects of the rebuttal report(s).

6.      Defendants shall file and serve any supplemental briefing following the conclusion of these depositions on or before February 23, 2010.

7.      Plaintiffs shall file and serve any supplemental briefing following the conclusion of these depositions on or before March 2, 2010.

8.      On or before March 2, 2010, the parties shall submit to the Court memoranda setting forth the following information:

   a.      a brief statement of the nature of the evidence to be presented and the issues to be addressed;

   b.      a list of all witnesses to appear with a brief statement of the nature of each witness's anticipated testimony;

   c.      a list of all exhibits to be offered (pre-numbered and pre-exchanged among all counsel);

   d.      an estimation as to the time for presentation of each party's evidence; and

   e.      special comments regarding legal issues, stipulations, or other appropriate matters.

9.      The evidentiary hearing presently scheduled for December 14, 2009 (Doc. No. 460) is cancelled and will be rescheduled at a future date.  Deadlines for the submission of proposed findings of fact and conclusions of law regarding class certification will also be rescheduled.


BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

3