IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PLASTICS ADDITIVES ANTITRUST LITIGATION | Master Docket No. 03-CV-2038 |
| | MDL Docket No. 1684 |
| THIS DOCUMENT RELATES TO: *Gitto/Global Corporation, et al.* v. *Rohm & Haas Company, et al.* | |

ORDER

AND NOW, this 29th day of December 2009, it is hereby ORDERED that Direct Purchaser Plaintiffs' Motion for an Order Permitting Approved Claimant to Receive an Additional Distribution from the Reserve Settlement Fund Based on the Amendment of Its Timely-Submitted Claim (Doc. No. 469) is GRANTED. The claims administrator is authorized to make an additional pro rata distribution to Claimant Ply Gem Siding Group (Claim No. 020060) out of the reserve settlement fund based on Claimant's Amended Claim, less what the Claimant received earlier this year from the initial distribution.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.